UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY SHIPLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>WHITNEY KULP, et al.,<br><br>    Defendants, | No. 2:20-cv-2262 TLN DB PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff Destiney Shipley is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). By order signed June 15, 2021, plaintiff's amended complaint was dismissed, and plaintiff was granted leave to file a third amended complaint that cured the defects noted in that order. (ECF No. 50.) Plaintiff was granted twenty-eight days from the date of that order to file the third amended complaint and was specifically cautioned that the failure to respond to the court's order in a timely manner might result in a recommendation that this action be dismissed. (Id. at 12.) The twenty-eight-day period has expired, and plaintiff has not responded to the court's order in any manner.

////

////

////

1

1  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2  prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3  These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after
5  being served with these findings and recommendations, any party may file written objections with
6  the court and serve a copy on all parties. Such a document should be captioned "Objections to
7  Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served
8  and filed within fourteen days after service of the objections. The parties are advised that failure
9  to file objections within the specified time may waive the right to appeal the District Court's
10 order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

11 Dated: October 15, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/shipley2262.fta.f&rs