UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY SHIPLEY, | No. 2:20-cv-02262-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| WHITNEY KULP, et al., | |
| Defendants, | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 18, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. (ECF No. 51.) The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 18, 2021 (ECF No. 51) are adopted in full; and

2. This action is dismissed without prejudice.

DATED: March 8, 2022

Troy L. Nunley
United States District Judge